**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

In Re:

CARI CONKLIN,                                             Case No.:  09-30201

                      Debtor.                           Chapter  7
and

BEST BUY,
                      Creditor.

**O R D E R**

THIS cause coming before the Court on the debtor's Motion for Redemption under 11 U.S.C. 722, and there having been no responsive filing or objection within the time required, the Court finds as follows:

1. The tangible personal property described below is intended primarily for personal, family or household use of the debtors:

    Sony Laptop Computer

2. The debt owing the Creditor is a dischargeable consumer debt and the Debtor's interest in such property is exempt or has been abandoned by  the estate.

3. The value of the secured claim of the Creditor for redemption purposes, the "redemption amount," is $100.00.

    IT IS HEREBY ORDERED that the Motion for Redemption is GRANTED. Debtor may redeem the subject property by paying to the Creditor, on or before the thirtieth (30th) day following entry of this Order, the redemption amount.

**Counsel for the moving party shall serve a copy of this order by mail to all interested parties who were not served electronically.**

**ENTERED: April 10, 2009**

                           **/s/ Kenneth J. Meyers**
                       **UNITED STATES BANKRUPTCY JUDGE**